UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CHARLES BRYANT, individually and as next friend and guardian of D.B., AVA GEORGE, individually and as next friend and guardian of B.G., CHANIN HOUSTON-JOSEPHAT, individually and as next friend and guardian of A.J., LISA HUGHES, individually and as next friend and guardian of J.R., CARMEN PENA, individually and as next friend and guardian of G.T., VIVIAN PRESLEY, individually and as next friend and guardian of D.P., and JAMIE TAM, individually and as next friend and guardian of S.T.,

                              *Plaintiffs*,

      v.

NYS EDUCATION DEPARTMENT; DAVID M. STEINER, in his capacity as Commissioner of Education of the New York State Education Department, and THE NEW YORK STATE BOARD OF REGENTS

                              *Defendants*.

NOTICE OF CROSS-MOTION

10-CV-0036

GLS/RFT

---

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Patricia J. Geary; the accompanying memorandum of law; and upon all prior proceedings, Defendants New York State Education Department, David M. Steiner and the New York State Board of Regents, on April 15, 2010 at 9:00 a.m., or as soon thereafter as counsel can be heard, will make a cross-motion at the United States District Court, Northern District of New York, Albany, New York, pursuant to Rules 12(b(1) and 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing the Complaint, together with such other or further relief as may be just.

1

Dated: Albany, New York
       March 2, 2010

                                      ANDREW M. CUOMO
                                      Attorney General of the State of New York
                                      Attorney for Defendants New York State Education Department and Board of Regents


                                      By:   /s/ Kelly L. Munkwitz
                                      Kelly L. Munkwitz
                                      Assistant Attorney General, of Counsel
                                      Bar Roll No. 509910
                                      Telephone:  (518) 486-4603
                                      Fax:  (518) 473-1572 (Not for service of papers)
                                      Email: Kelly.Munkwitz@ag.ny.gov


TO:    Michael P. Flammia, Esq.
          Eckert, Seamans Law Firm
          Two International Place, 16th Floor
          Boston, MA  02110

          Meredith H. Savitt, Esq.
          Office of Meredith H Savitt
          636 Delaware Avenue
          Delmar, NY  12054

          Jeffrey J. Sherrin, Esq.
          O'Connell and Aronowitz
          O'Connell & Aronowitz Law Firm
          54 State Street, 9th Floor
          Albany, NY  12207-2501