Exhibit A is an excerpt from a confidential deposition transcript from <u>Alleyne v. NYSED</u>, 08-994 (N.D.N.Y).  As counsel for the parties have identified this document as confidential, permission has been sought to file traditionally and under seal.