Exhibit A is student plaintiff D.B.'s IEP. As this is a confidential document, permission has been sought to file traditionally and under seal.