Exhibit F is student plaintiff J.R.'s IEP.  As this is a confidential document, permission has been sought to file traditionally and under seal.