

## UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF SPECIAL EDUCATION AND REHABILITATIVE SERVICES

JUL – 2 2007

RECEIVED

Honorable Richard Mills
Commissioner of Education
New York State Education Department
111 Education Building
89 Washington Ave.
Albany, New York 12234

JUL 0 9 2007

DEPUTY COMM. FOR OPERATIONS
& MGT. SVCES.

Dear Commissioner Mills:

This is to inform you that we have conditionally approved New York's application for Federal Fiscal Year (FFY) 2007 under Part B of the Individuals with Disabilities Education Act (IDEA). Our conditional approval is based on review of your application submitted by the New York State Education Department to the U.S. Department of Education, Office of Special Education Programs (OSEP), on May 4, 2007, including assurances provided in Section II, and incorporated by reference to this letter as noted in Enclosure A. In addition, the State provided specific assurances that it will:

1. Operate consistent with the applicable Part B regulations; and

2. Make such changes to existing policies and procedures as are necessary to bring those policies and procedures into compliance with the requirements of Part B of the IDEA, as amended, as soon as possible, and not later than June 30, 2008. Section II of the State's application identifies the IDEA statutory sections for which the State needs to amend policies and procedures and the timelines by which the State will amend its policies and procedures in order to comply with Part B of the IDEA. Within Section II, the State has included the date by which it expects to complete necessary changes associated with any policies and procedures that are not yet in compliance with the requirements of Part B of the IDEA, as amended.

With its application, New York submitted an amendment to section 19.5 of the Rules of the Board of Regents and amendments to sections 200.1, 200.4 and 200.7 and addition of a new section 200.22 of the Regulations of the Commissioner of Education, relating to behavioral interventions. We have reviewed these amendments and new regulations and believe they can be implemented consistent with IDEA.

Enclosed are grant awards for funds currently available under the Department of Education FFY 2007 Appropriations Act for the Part B Section 611 (Grants to States) and Section 619 (Preschool Grants) programs. These funds are for use primarily in school year 2007-2008 and are available for obligation by States from July 1, 2007 through September 30, 2009.

Please note that as part of your application for FFY 2007, your State has made an assurance, in 34 CFR §80.11(c), that it will comply with all applicable Federal statutes and regulations in effect with respect to the periods for which it receives grant funding. Any changes made by the State, after OSEP approval, to information that is a part of a State's application, must meet the public participation requirements in 34 CFR §300.165.

Page 2 - Honorable Richard Mills

The amount in your award for Section 619 represents the full amount of funds to which you are entitled. However, the amount shown in your award for the Section 611 program is only part of the total funds that will be awarded to you for FFY 2007. Of the $10,782,961,000 appropriated for Section 611 in FFY 2007, $5,358,761,000 is available for awards on July 1, 2007, and $5,424,200,000 will be available on October 1, 2007.

Under the Section 611 formula, subject to certain maximum and minimum funding requirements, State allocations are based on the amount that each State received from FFY 1999 funds, the general population in the age range for which each State ensures a free appropriate public education (FAPE) to all children with disabilities, and the number of children living in poverty in the age range for which each State ensures FAPE to all children with disabilities. At the level of the decrease in the appropriation for the Preschool Grant program compared to that for prior years, each State is first allocated the amount it received for FFY 1997. The remaining funds are allocated based on the relative amount of the increase in funding that the State received between FFYs 1997 and 2006, as compared to the total of such increases for all States.

Enclosure B provides a short description of how Section 611 funds were allocated and how those funds can be used. In addition, Table I in Enclosure B shows funding levels for distribution of Section 611 funds and the parameters for within-State allocations. Table II in Enclosure B shows your State-specific information for within-State distribution of 611 funds based on your State's application. If you disagree with the information in Enclosure B Table II, notify your State contact immediately.

Enclosure C provides a short description of how Section 619 funds were allocated and how those funds can be used. In addition, Table III in Enclosure C shows State-by-State funding levels for distribution of Section 619 funds.

Section 611(e)(1)(C) of the IDEA provides that "[p]rior to expenditure of funds under this paragraph [section 611(e)(1) concerning funds for State administration], the State shall certify to the Secretary that the arrangements to establish responsibility for services pursuant to section 612(a)(12)(A) are current." We read this provision to mean that if a State does not have interagency agreements or other arrangements in place to establish responsibility for the provision of services, the State may not expend funds available to the State under section 611(e)(1) [State administration funds] until the State has these agreements or arrangements in place.

Under section 608(a)(2) of the IDEA, each State that receives funds under Part B is required to inform in writing local educational agencies located in the State of any State-imposed rule, regulation, or policy that is not required by IDEA or Federal regulations. A State may use the same list of State-imposed rules, regulations and policies that it was required to submit to the Department in Section IV of its Part B application for this purpose.

The enclosed grant award for FFY 2007 is made with the continued understanding that this Office may, from time to time, require clarification of information within your application, if necessary. These inquiries are needed to allow us to appropriately carry out our administrative responsibilities related to Part B.

Section 606 provides that each recipient of assistance under IDEA make positive efforts to employ and advance in employment qualified individuals with disabilities in programs assisted

Page 3 - Honorable Richard Mills

under the IDEA. Therefore, by accepting this grant a State is expressly agreeing as a condition of IDEA funding to ensuring that positive efforts are made to employ and advance employment of qualified individuals with disabilities in programs assisted under the IDEA.

We appreciate your ongoing commitment to the provision of quality educational services to children with disabilities.

Sincerely,

Patricia J. Guard

Patricia J. Guard
Acting Director
Office of Special Education Programs

Enclosures

Enclosure A
Enclosure B
Enclosure C

cc: Dr. Rebecca Cort

Enclosure A

**Section II**

**A. Assurances Related to Policies and Procedures**

The State makes the following assurances that it has policies and procedures in place as required by Part B of the Individuals with Disabilities Education Act. (20 U.S.C. 1411-1419; 34 CFR §§300.100-300.174)

| Check and enter date(s) as applicable | | Assurances Related to Policies and Procedures |
|---|---|---|
| **Yes** (Assurance is given.) | **No** (Assurance cannot be given. Provide date on which State will complete changes in order to provide assurance.) | |
| X | | 1. A free appropriate public education is available to all children with disabilities residing in the State between the ages of 3 and 21, inclusive, including children with disabilities who have been suspended or expelled, in accordance with 20 U.S.C. 1412(a)(1); 34 CFR §§300.101-300.108. |
| X | | 2. The State has established a goal of providing a full educational opportunity to all children with disabilities and a detailed timetable for accomplishing that goal. (20 U.S.C. 1412(a)(2); 34 CFR §§300.109-300.110) |
| | 6/30/07* | 3. All children with disabilities residing in the State, including children with disabilities who are homeless or are wards of the State and children with disabilities attending private schools, regardless of the severity of their disabilities, and who are in need of special education and related services, are identified, located, and evaluated and a practical method is developed and implemented to determine which children with disabilities are currently receiving needed special education and related services in accordance with 20 U.S.C. 1412(a)(3); 34 CFR §300.111. |
| | 6/30/07* | 4. An individualized education program, or an individualized family service plan that meets the requirements of section 636(d), is developed, reviewed, and revised for each child with a disability in accordance with 34 CFR §§300.320 through 300.325. (20 U.S.C. 1412(a)(4); 34 CFR §300.112) |
| | | 5. To the maximum extent appropriate, children with disabilities, |

| Check and enter date(s) as applicable | | Assurances Related to Policies and Procedures |
|---|---|---|
| **Yes** (Assurance is given.) | **No** (Assurance cannot be given. Provide date on which State will complete changes in order to provide assurance.) | |
| X | | including children in public or private institutions or other care facilities, are educated with children who are not disabled, and special classes, separate schooling, or other removal of children with disabilities from the regular educational environment occurs only when the nature or severity of the disability of a child is such that education in regular classes with the use of supplementary aids and services cannot be achieved satisfactorily in accordance with 20 U.S.C. 1412(a)(5)(A)-(B); 34 CFR §§300.114-300.120. |
| | 6/30/07* | 6. Children with disabilities and their parents are afforded the procedural safeguards required by 34 CFR §§300.500 through 300.536 and in accordance with 20 U.S.C. 1412(a)(6); 34 CFR §300.121. |
| | 6/30/07* | 7. Children with disabilities are evaluated in accordance with 34 CFR §§300.300 through 300.311. (20 U.S.C. 1412(a)(7); 34 CFR §300.122) |
| | 6/30/07* | 8. Agencies in the State comply with 34 CFR §§ 300.610 through 300.626 (relating to the confidentiality of records and information). (20 U.S.C. 1412(a)(8); 34 CFR §300.123) |
| X | | 9. Children participating in early intervention programs assisted under Part C, and who will participate in preschool programs assisted under this part, experience a smooth and effective transition to those preschool programs in a manner consistent with section 637(a)(9). By the third birthday of such a child, an individualized education program or, if consistent with 34 CFR §300.323(b) and section 636(d), an individualized family service plan, has been developed and is being implemented for the child. The local educational agency will participate in transition planning conferences arranged by the designated lead agency under section 635(a)(10). (20 U.S.C. 1412(a)(9); 34 CFR §300.124) |
| | | 10. To the extent consistent with the number and location of children |

| Check and enter date(s) as applicable | | Assurances Related to Policies and Procedures |
|---|---|---|
| **Yes** (Assurance is given.) | **No** (Assurance cannot be given. Provide date on which State will complete changes in order to provide assurance.) | |
| | 6/30/07* | with disabilities in the State who are enrolled by their parents in private elementary schools and secondary schools in the school district served by a local educational agency, provision is made for the participation of those children in the program assisted or carried out under this part by providing for such children special education and related services in accordance with the requirements found in 34 CFR §§300.130 through 300.148 unless the Secretary has arranged for services to those children under subsection (f) [By pass]. (20 U.S.C. 1412(a)(10); 34 CFR §§300.129-300.148) |
| | 6/30/07* | 11. The State educational agency is responsible for ensuring that the requirements of Part B are met according to 34 CFR §300.149 and that the State monitors and enforces the requirements of Part B in accordance with 34 CFR §§300.600-300.602 and 300.606-300.608. (20 U.S.C. 1412(a)(11); 34 CFR §300.149) |
| X | | 12. The Chief Executive Officer of a State or designee of the officer shall ensure that an interagency agreement or other mechanism for interagency coordination is in effect between each public agency described in subparagraph (b) of 34 CFR §300.154 and the State educational agency, in order to ensure that all services described in paragraph (b)(i) that are needed to ensure a free appropriate public education are provided, including the provision of such services during the pendency of any dispute under clause (iii). Such agreement or mechanism shall meet the requirements found in 20 U.S.C. 1412(a)(12)(A)-(C); 34 CFR §300.154. |
| X | | 13. The State educational agency will not make a final determination that a local educational agency is not eligible for assistance under this part without first affording that agency reasonable notice and an opportunity for a hearing. (20 U.S.C. 1412(a)(13); 34 CFR §300.155) |
| | | 14. The State educational agency has established and maintains qualifications to ensure that personnel necessary to carry out this |

| Check and enter date(s) as applicable | | Assurances Related to Policies and Procedures |
|---|---|---|
| **Yes** (Assurance is given.) | **No** (Assurance cannot be given. Provide date on which State will complete changes in order to provide assurance.) | |
| X | | part are appropriately and adequately prepared and trained, including that those personnel have the content knowledge and skills to serve children with disabilities as noted in 20 U.S.C. 1412(a)(14)(A)-(E); 34 CFR §300.156. |
| X | | 15. The State has established goals for the performance of children with disabilities in the State that meet the requirements found in 20 U.S.C. 1412(a)(15)(A)-(C); 34 CFR §300.157. |
| X | | 16. All children with disabilities are included in all general State and districtwide assessment programs, including assessments described under section 1111 of the Elementary and Secondary Education Act of 1965, with appropriate accommodations and alternate assessments where necessary and as indicated in their respective individualized education programs as noted in 20 U.S.C. 1412(a)(16)(A)-(E); 34 CFR §300.160. |
| X | | 17. Funds paid to a State under this part will be expended in accordance with all the provisions of Part B including 20 U.S.C. 1412(a)(17)(A)-(C); 34 CFR §300.162. |
| X | | 18. The State will not reduce the amount of State financial support for special education and related services for children with disabilities, or otherwise made available because of the excess costs of educating those children, below the amount of that support for the preceding fiscal year in accordance with 20 U.S.C. 1412(a)(18)(A)-(D); 34 CFR §300.163. |
| X | | 19. Prior to the adoption of any policies and procedures needed to comply with this section (including any amendments to such policies and procedures), the State ensures that there are public hearings, adequate notice of the hearings, and an opportunity for comment available to the general public, including individuals with disabilities and parents of children with disabilities. (20 U.S.C. 1412(a)(19); 34 CFR §300.165) |

| Check and enter date(s) as applicable | | Assurances Related to Policies and Procedures |
|---|---|---|
| **Yes** (Assurance is given.) | **No** (Assurance cannot be given. Provide date on which State will complete changes in order to provide assurance.) | |
| X | | 20. In complying with 34 CFR §§300.162 and 300.163, a State may not use funds paid to it under this part to satisfy State-law mandated funding obligations to local educational agencies, including funding based on student attendance or enrollment, or inflation. (20 U.S.C. 1412(a)(20); 34 CFR §300.166) |
| X | | 21. The State has established and maintains an advisory panel for the purpose of providing policy guidance with respect to special education and related services for children with disabilities in the State as found in 20 U.S.C. 1412(a)(21)(A)-(D); 34 CFR §§300.167-300.169. |
| X | | 22. The State educational agency examines data, including data disaggregated by race and ethnicity, to determine if significant discrepancies are occurring in the rate of long-term suspensions and expulsions of children with disabilities in accordance with 20 U.S.C. 1412(a)(22)(A)-(B); 34 CFR §300.170. |
| X | | 23a. The State adopts the National Instructional Materials Accessibility Standard for the purposes of providing instructional materials to blind persons or other persons with print disabilities, in a timely manner after the publication of the National Instructional Materials Accessibility Standard in the Federal Register in accordance with 20 U.S.C. 1412(a)(23)(A) and (D); 34 CFR §300.172. |
| | | 23b. *(Note: Check either "23b.1" or "23b.2" whichever applies.)* |
| X | | 23b.1 The State educational agency coordinates with the National Instructional Materials Access Center and not later than 12/03/06 the SEA as part of any print instructional materials adoption process, procurement contract, or other practice or instrument used for purchase of print instructional materials enters into a written contract with the publisher of the print instructional materials to: |
| | | • require the publisher to prepare and, on or before delivery of the print instructional materials, provide to the National Instructional |

| Check and enter date(s) as applicable | | Assurances Related to Policies and Procedures |
|---|---|---|
| **Yes** (Assurance is given.) | **No** (Assurance cannot be given. Provide date on which State will complete changes in order to provide assurance.) | |
| | | Materials Access Center, electronic files containing the contents of the print instructional materials using the National Instructional Materials Accessibility Standard; or |
| | | • purchase instructional materials from the publisher that are produced in, or may be rendered in, specialized formats. (20 U.S.C. 1412(a)(23)(C); 34 CFR §300.172) |
| | | 23b.2 The State Educational Agency has chosen not to coordinate with the National Instructional Materials Access Center but assures that it will provide instructional materials to blind persons or other persons with print disabilities in a timely manner. (20 U.S.C. 1412(a)(23)(B); 34 CFR §300.172) |
| X | | 24. The State has in effect, consistent with the purposes of the IDEA and with section 618(d) of the Act, policies and procedures designed to prevent the inappropriate over identification or disproportionate representation by race and ethnicity of children as children with disabilities, including children with disabilities with a particular impairment described in 34 CFR §300.8. (20 U.S.C 1412(a)(24); 34 CFR §300.173) |
| X | | 25. The State educational agency shall prohibit State and local educational agency personnel from requiring a child to obtain a prescription for a substance covered by the Controlled Substances Act (21 U.S.C. 812(c)) as a condition of attending school, receiving an evaluation under 34 CFR §§300.300 through 300.311, or receiving services under the IDEA as described in 20 U.S.C. 1412(a)(25)(A)-(B); 34 CFR §300.174) |

\* The effective date of such rules may be delayed until July 19, 2007 because of the timelines required by the State Administrative Procedures Act and timetable for meetings of the Board of Regents.

## B. Other Assurances

The State also makes the following assurances:

| Yes | Other Assurances |
|---|---|
| X | 1. The State shall distribute any funds the State does not reserve under 20 U.S.C. 1411(e) to local educational agencies (including public charter schools that operate as local educational agencies) in the State than have established their eligibility under section 613 for use in accordance with this part as provided for in 20 U.S.C. 1411(f)(1)-(3); 34 CFR §300.705. |
| X | 2. The State shall provide data to the Secretary on any information that may be required by the Secretary. (20 U.S.C. 1418(a)(3); 34 CFR §§300.640-300.645.) |
| X | 3. The State, local educational agencies, and educational service agencies shall use fiscal control and fund accounting procedures that insure proper disbursement of and accounting for Federal funds. (34 CFR §76.702) |
| X | 4. As applicable, the assurance in OMB Standard Form 424B (Assurances for Non-Construction Programs), relating to legal authority to apply for assistance; access to records; conflict of interest; merit systems; nondiscrimination; Hatch Act provisions; labor standards; flood insurance; environmental standards; wild and scenic river systems; historic preservation; protection of human subjects; animal welfare; lead-based paint; Single Audit Act; and general agreement to comply with all Federal laws, executive orders and regulations. |

## C. Certifications

The State Educational Agency is providing the following certifications:

| Yes | |
|---|---|
| X | 1. The State certifies that ED Form 80-0013, *Certification Regarding Lobbying*, is on file with the Secretary of Education. With respect to the *Certification Regarding Lobbying*, the State recertifies that no Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the making or renewal of Federal grants under this program; that the State shall complete and submit Standard Form-LLL, "Disclosure Form to Report Lobbying," when required (34 CFR Part 82, Appendix B); and that the State Agency shall require the full certification, as set forth in 34 CFR Part 82, Appendix A, in the award documents for all sub awards at all tiers. |
| | 2. The State certifies that certifications in the Education Department General Administrative Regulations (EDGAR) at 34 CFR §80.11 relating to State |

| X | | eligibility, authority and approval to submit and carry out the provisions of its State application, and consistency of that application with State law are in place within the State. |
|---|---|---|
| X | 3. | The State certifies that the arrangements to establish responsibility for services pursuant to 20 U.S.C. 1412(a)(12)(A); 34 CFR §300.154 are current. This certification must be received prior to the expenditure of any funds reserved by the State under 20 U.S.C. 1411(e)(1); 34 CFR §300.171. |

### D. Statement

I certify that the State of **New York** can make the assurances checked as 'yes' in Section II.A and II.B and the certifications required in Section II.C of this application. These provisions meet the requirements of the Part B of the Individuals with Disabilities Education Act as found in PL 108-446. The State will operate its Part B program in accordance with all of the required assurances and certifications.

If any assurances have been checked 'no', I certify that the State will operate throughout the period of this grant award consistent with the requirements of the IDEA as found in PL 108-446 and any applicable regulations, and will make such changes to existing policies and procedures as are necessary to bring those policies and procedures into compliance with the requirements of the IDEA, as amended, as soon as possible, and not later than June 30, 2008. (34 CFR §76.104)

I, the undersigned authorized official of the

### New York State Education Department,

*(Name of State and official name of State agency)*

am designated by the Governor of this State to submit this application for FFY 2007 funds under Part B of the Individuals with Disabilities Education Act (IDEA).

---

Printed/Typed Name and Title of Authorized Representative of the State:

Theresa E. Savo, Deputy Commissioner for Operations and Management Services

| Signature: *Theresa E. Savo* | Date: May 3, 2007 |
|---|---|

## Enclosure B

## IDEA Grants to States Program (Part B, Section 611)

## Explanation of the FFY 2007 Allocation Table
### (Table 1)

### Total Grant Award (Column A of Table I)

Column A includes your total grant award for FFY 2007. The amount that you have received in the accompanying grant award, plus the additional funds that you will receive in October 2007, will make up your total award amount.

State grants are calculated as follows: States are first provided an amount equal to the amount they received in FFY 1999. Of the funds in excess of the FFY 1999 level, 85% are allocated to States on the basis of their relative populations of children aged 3 through 21 who are the same age as children with disabilities for whom the State ensures the availability of FAPE and 15% on the relative populations of children of those ages who are living in poverty. The statute also contains a number of floors and ceilings below and above which a State's allocation may not fall. Most States' allocations are subject to one of these floors or ceilings.

### Section 611 Base Allocation (Column B of Table I)

The amount shown in Column B is the portion of the local education agency (LEA) flow-through amount that must be distributed to LEAs based on the amounts that the LEAs would have received from FFY 1999 funds had the State education agency (SEA) flowed through 75% of the State award to LEAs. Note that this amount is less than the minimum amount that States were required to provide to LEAs from FFY 1999 funds. The Part B regulations clarify how adjustments to the base payment amounts for LEAs are made.

### Maximum Set-aside Available for Administration (Column C of Table I)

Column C includes the maximum State set-aside amount for administration. Before the IDEA was amended by the Individuals with Disabilities Education Improvement Act of 2004, the maximum set-aside for administration was taken as a percentage of the amount available for State-level activities. The maximum amount available for administration is now calculated separately from the amount for other State-level activities. States may reserve not more than the greater of the maximum amount the State was eligible to reserve for State administration for fiscal year 2004 or $800,000, as adjusted for inflation based on the Consumer Price Index For All Urban Consumers (CPIU), published by the Bureau of Labor Statistics of the Department of Labor. The maximum amount available for administration for each State for FFY 2007 is an increase of about 1.31% over the maximum amount that was available for FFY 2006.

Each Outlying Area may reserve for each fiscal year not more than 5% of the amount the outlying area receives under this program or $35,000, whichever is greater.

**Maximum Set-aside Available for Other State-level Activities (Columns D - G of Table I)**

The maximum level of funding that may be set aside from a State's total allocation for State-level activities, other than administration, is contingent upon the amount that the State actually sets aside for administration and whether the State opts to establish a LEA high-risk pool under IDEA, section 611(e)(3). For FFY 2007:

(1) If the actual amount a State will set aside for State administration is over $850,000 and the State will use funds from its award to support a high-risk pool, the maximum amount the State may set aside of its total award for State-level activities (other than administration) is 10.0% of its FFY 2006 award as adjusted for inflation based on the CPIU.

(2) If the actual amount a State will set aside for State administration is over $850,000 and the State will not use funds from its award to support a high-risk pool, the maximum amount the State may set aside of its total award for State-level activities (other than administration) is 9.0% of its FFY 2006 award as adjusted for inflation based on the CPIU.

(3) If the actual amount a State will set aside for State administration is $850,000 or less and the State will use funds from its award to support a high-risk pool, the maximum amount the State may set aside of its total award for State-level activities (other than administration) is 10.5% of its FFY 2006 award as adjusted for inflation based on the CPIU.

(4) If the actual amount a State will set aside for State administration is $850,000 or less and the State will not use funds from its award to support a high-risk pool, the maximum amount the State may set aside of its total award for State-level activities (other than administration) is 9.5% of its FFY 2006 award as adjusted for inflation based on the CPIU.

SEAs are required to use some portion of these State set-aside funds on monitoring, enforcement, and complaint investigation and to establish and implement the mediation process required by Part B, section 615(e), including providing for the costs of mediators and support personnel. In addition, States setting aside funds for a risk pool, as provided for under section 611(e)(3), must reserve at least 10% of the amount the State reserved for State-level activities for the risk pool.

SEAs also may use State set-aside funds: (1) for support and direct services, including technical assistance, personnel preparation, and professional development and training; (2) to support paperwork reduction activities, including expanding the use of technology in the individualized education program process; (3) to assist LEAs in providing positive behavioral interventions and supports and mental health services to children with disabilities; (4) to improve the use of technology in the classroom by children with disabilities to enhance learning; (5) to support the use of technology, including technology with universal design principles and assistive technology devices, to maximize accessibility to the general education curriculum for children with disabilities; (6) for development and implementation of transition programs, including coordination of services with agencies involved in supporting the transition of students with disabilities to post-secondary activities; (7) to assist LEAs in meeting personnel shortages; (8) to support capacity building activities and improve the delivery of services by LEAs to improve results for children with disabilities; (9) for alternative programming for children with disabilities who have been expelled from school, and services for children with disabilities in correctional facilities, enrolled in State-operated or State-supported schools, and in charter schools; (10) to

support the development and provision of appropriate accommodations for children with disabilities, or the development and provision of alternate assessments that are valid and reliable for assessing the performance of children with disabilities, in accordance with sections 1111(b) and 6111 of the Elementary and Secondary Education Act (ESEA) of 1965; and, (11) to provide technical assistance to schools and LEAs, and direct services, including supplemental educational services as defined in section 1116(e) of the ESEA of 1965 to children with disabilities, in schools or LEAs identified for improvement under section 1116 of the Elementary and Secondary Education Act of 1965 on the sole basis of the assessment results of the disaggregated subgroup of children with disabilities, including providing professional development to special and regular education teachers, who teach children with disabilities, based on scientifically based research to improve educational instruction, in order to improve academic achievement to meet or exceed the objectives established by the State under section 1111(b)(2)(G) of the ESEA of 1965.

### Section 611 Population/Poverty

The minimum amount that a State must flow through to LEAs based on population/poverty equals the total award (Column A) minus the LEA base allocation (Column B), the maximum amount available for administration (Column C), and the maximum amount available for other State-level activities (Column D, E, F, or G). Of this amount, 85% is distributed on a pro rata basis to LEAs according to public and private elementary and secondary school enrollment, and 15% on a pro rata basis to LEAs according to the number of children in LEAs living in poverty, as determined by the State.

TABLE I

FISCAL YEAR 2007 ALLOCATIONS
GRANTS TO STATES
INDIVIDUALS WITH DISABILITIES EDUCATION ACT - PART B, SECTION 611

5/02/2007

| | Column A | Column B | Column C | Column D | Column E | Column F | Column G | Column H | Column I |
|---|---|---|---|---|---|---|---|---|---|
| | Grant Award | LEA Base Allocation | Maximum Available for Administration | Maximum Other Set-Aside If ACTUAL Administration Greater than $850,000 With Risk Pool | Maximum Other Set-Aside If ACTUAL Administration Greater than $850,000 Without Risk Pool | Maximum Other Set-Aside If ACTUAL Administration Equal or Less than $850,000 With Risk Pool | Maximum Other Set-Aside If ACTUAL Administration Equal or Less than $850,000 Without Risk Pool | July 1, 30-Sep Awards | Awards After 1-Oct |
| TOTAL | $10,782,961,000 | $3,150,348,901 | $202,831,301 | $1,057,338,895 | $982,054,961 | $1,110,720,906 | $1,004,945,921 | $6,359,761,000 | $5,424,200,000 |
| Alabama | 170,455,793 | 51,763,442 | 3,282,045 | 16,982,254 | 15,284,029 | 17,813,387 | 16,115,161 | 88,153,181 | 66,582,687 |
| Alaska | 33,551,635 | 9,185,516 | 872,649 | 3,287,514 | 2,956,763 | 3,451,690 | 3,123,138 | 18,412,142 | 17,039,493 |
| Arizona | 187,830,161 | 48,947,295 | 2,865,391 | 18,444,028 | 16,600,183 | 17,266,657 | 15,422,395 | 82,596,140 | 65,234,021 |
| Arkansas | 105,159,110 | 30,654,695 | 1,862,814 | 10,475,002 | 9,427,022 | 10,999,732 | 9,951,252 | 51,753,132 | 53,405,978 |
| California | 1,150,178,946 | 353,432,655 | 18,817,561 | 114,570,151 | 103,113,135 | 120,298,958 | 108,841,843 | 588,048,942 | 564,126,906 |
| Colorado | 141,904,060 | 38,914,504 | 2,400,421 | 12,937,577 | 11,636,519 | 14,623,956 | 13,231,197 | 69,861,130 | 72,112,930 |
| Connecticut | 124,851,828 | 39,785,004 | 2,568,516 | 12,405,972 | 11,176,004 | 13,037,509 | 11,798,838 | 61,548,203 | 63,305,423 |
| Delaware | 30,749,890 | 8,416,522 | 872,849 | 3,012,998 | 2,711,998 | 3,193,448 | 2,892,514 | 15,133,333 | 15,616,647 |
| Florida | 590,329,496 | 179,303,131 | 10,545,746 | 58,603,303 | 52,922,673 | 81,743,499 | 55,983,138 | 290,523,617 | 299,805,919 |
| Georgia | 295,042,992 | 80,774,978 | 4,740,645 | 28,679,414 | 25,809,414 | 30,354,865 | 27,483,544 | 145,202,817 | 149,840,175 |
| Hawaii | 37,477,200 | 10,617,364 | 872,849 | 3,729,161 | 3,355,344 | 3,914,568 | 3,541,752 | 18,419,416 | 19,057,732 |
| Idaho | 50,487,684 | 14,280,101 | 872,849 | 5,066,854 | 4,557,211 | 5,322,401 | 4,913,526 | 25,550,533 | 25,840,651 |
| Illinois | 474,780,011 | 145,788,630 | 8,935,034 | 23,581,693 | | | 44,929,568 | 233,663,734 | 241,126,277 |
| Indiana | 239,749,596 | 76,906,114 | 4,845,378 | 23,051,721 | | | 22,997,608 | 117,090,854 | 121,758,934 |
| Iowa | 114,435,569 | 36,799,117 | 2,285,133 | 11,401,056 | | | 10,913,506 | 56,521,063 | 56,127,386 |
| Kansas | 100,164,949 | 30,296,160 | 1,859,121 | 9,974,522 | | | 9,480,548 | 49,306,143 | 50,678,606 |
| Kentucky | 147,905,151 | 45,823,166 | 2,858,661 | 14,792,449 | | 177 | 14,003,627 | 72,627,132 | 75,153,019 |
| Louisiana | 177,472,410 | 48,454,437 | 3,116,402 | 17,678,372 | 15,900,968 | 16,794,453 | 15,017,050 | 87,342,328 | 90,131,790 |
| Maine | 51,305,101 | 14,092,086 | 872,849 | 5,110,054 | 4,599,048 | 5,365,556 | 4,854,551 | 25,457,482 | 25,053,207 |
| Maryland | 187,712,947 | 57,921,688 | 3,514,738 | 18,989,271 | 18,123,444 | 19,633,196 | 17,763,358 | 92,361,278 | 95,531,699 |
| Massachusetts | 266,131,779 | 65,963,927 | 6,341,906 | 26,509,849 | 23,858,894 | 27,857,529 | 25,196,197 | 130,875,418 | 135,157,361 |
| Michigan | 375,542,367 | 107,923,610 | 6,301,776 | 37,406,144 | 33,897,329 | 38,976,552 | 35,037,727 | 184,419,278 | 190,722,142 |
| Minnesota | 177,061,249 | 55,057,007 | 3,400,722 | 17,118,895 | 15,954,209 | 18,813,240 | 16,840,550 | 87,562,098 | 90,376,163 |
| Mississippi | 111,568,419 | 32,007,733 | 2,196,873 | 11,715,806 | 10,502,096 | 11,899,112 | 10,957,768 | 54,907,616 | 56,661,001 |
| Missouri | 212,961,229 | 66,250,182 | 4,220,371 | 21,213,376 | 19,051,951 | 22,727,841 | 20,152,614 | 104,896,998 | 108,154,231 |
| Montana | 34,531,607 | 9,468,203 | 872,849 | 3,432,124 | 3,088,912 | 3,803,730 | 3,280,518 | 17,014,211 | 17,517,396 |
| Nebraska | 70,004,541 | 22,507,423 | 1,338,017 | 6,772,272 | 6,275,569 | 7,321,662 | 6,824,560 | 34,452,120 | 35,552,421 |
| Nevada | 83,115,707 | 17,219,374 | 1,006,821 | 8,184,321 | 6,495,888 | 6,453,738 | 4,653,453 | 31,061,665 | 32,055,512 |
| New Hampshire | 44,691,474 | 14,042,683 | 897,502 | 4,431,800 | 3,988,874 | 4,653,453 | 3,655,267 | 21,893,183 | 22,585,490 |
| New Jersey | 336,873,593 | 108,092,520 | 6,798,997 | 33,755,573 | 30,379,980 | | 32,097,786 | 166,773,883 | 172,099,930 |
| New Mexico | 85,444,530 | 27,026,001 | 1,650,176 | 8,511,313 | 7,625,792 | 8,398,774 | 8,065,652 | 42,050,710 | 43,393,750 |
| New York | 711,991,839 | 224,068,730 | 13,865,350 | 70,692,307 | 63,603,078 | 74,922,022 | 2,524,192 | 350,252,740 | 361,436,849 |
| North Carolina | 330,396,388 | 91,631,312 | 5,160,915 | 28,197,578 | 28,287,615 | 30,680,550 | 27,756,593 | 146,780,638 | 151,426,746 |
| North Dakota | 24,998,615 | 8,528,722 | 872,849 | 2,468,518 | 2,201,696 | 2,588,844 | 41,141,706 | 12,288,065 | 12,980,530 |
| Ohio | 410,347,509 | 119,359,351 | 7,590,300 | 40,875,120 | 36,830,948 | 42,421,978 | 11,441,706 | 201,948,033 | 206,388,058 |
| Oklahoma | 138,609,447 | 41,836,213 | 2,478,421 | 13,813,000 | 12,431,701 | 14,303,851 | 37,594,734 | 197,078,882 | 70,242,447 |
| Oregon | 129,350,050 | 39,243,039 | 2,411,339 | 12,043,881 | 10,839,612 | 12,848,000 | 3,879,641 | 20,176,718 | 20,821,103 |
| Pennsylvania | 400,450,268 | 117,400,583 | 7,272,341 | 39,963,266 | 35,969,621 | 17,175,081 | 15,539,360 | 60,915,055 | 203,396,003 |
| Rhode Island | 40,067,321 | 13,181,393 | 872,849 | 4,063,833 | 3,675,450 | 4,263,025 | 2,768,717 | 14,838,365 | 15,105,011 |
| South Carolina | 184,211,098 | 51,356,030 | 3,046,840 | 18,367,220 | 14,721,468 | 20,093,050 | 20,680,728 | 107,001,227 | 498,960,525 |
| South Dakota | 35,258,649 | 10,545,134 | 872,849 | 2,814,440 | 2,532,996 | 9,482,954 | 65,466,548 | 44,761,054 | 50,633,648 |
| Tennessee | 218,536,025 | 66,523,917 | 4,311,234 | 21,778,439 | 20,101,595 | 50,480,025 | 9,492,954 | 44,761,054 | 70,128,511 |
| Texas | 903,726,469 | 252,423,654 | 15,505,139 | 89,986,290 | 80,097,982 | 94,485,005 | 2,240,965 | 11,846,080 | 12,226,432 |
| Utah | 124,039,512 | 35,302,896 | 1,759,908 | 9,981,055 | 8,984,504 | 10,450,055 | 24,487,273 | 128,989,070 | 134,195,311 |
| Vermont | 24,007,491 | 4,934,724 | 872,849 | 2,295,910 | 23,722,519 | 2,478,556 | 10,838,910 | 122,123,858 | 105,364,470 |
| Virginia | 254,057,481 | 79,717,764 | 4,857,175 | 26,303,026 | 23,773,723 | 21,703,520 | 6,737,986 | 35,040,345 | 36,159,434 |
| Washington | 207,507,429 | 59,195,536 | 3,594,931 | 20,870,018 | 18,603,017 | 7,446,694 | 16,466,528 | 98,123,050 | 99,120,451 |
| West Virginia | 71,453,310 | 26,304,183 | 1,525,534 | 7,069,260 | 6,383,015 | 20,548,475 | 2,330,064 | 12,328,789 | 12,426,780 |
| Wisconsin | 195,173,313 | 60,304,833 | 3,522,903 | 19,841,408 | 17,786,206 | 2,066,468 | 1,580,892 | 7,960,054 | 7,662,097 |
| Wyoming | 25,256,540 | 6,914,530 | 872,849 | 2,474,751 | 2,227,258 | 1,580,892 | 1,439,187 | 7,060,764 | 7,662,097 |
| District of Columbia | 18,481,161 | 4,223,346 | 872,849 | 1,814,946 | 1,383,450 | | | | |
| Puerto Rico | 102,326,907 | 31,667,697 | 1,841,230 | 10,053,256 | 9,047,013 | 10,554,948 | 8,849,825 | 50,486,164 | 52,101,673 |
| Department of the... | 87,432,898 | 20,996,608 | 3,497,316 | | | | | 87,432,898 | 0 |
| | | | | | | | | | |
| Outlying Areas | 33,409,020 | 1,870,452 | | | | | | 3,052,461 | 3,149,947 |
| American Samoa | 8,202,408 | 310,130 | | | | | | 6,788,189 | 6,994,348 |
| Guam | 12,752,635 | 687,627 | | | | | | 2,319,895 | 2,392,945 |
| Northern Marianas | 4,152,310 | 258,681 | | | | | | 4,201,745 | 4,459,181 |
| Virgin Islands | 6,740,678 | 437,044 | | | | | | 36,159,434 | |
| Freely Associated I | 6,579,300 | | | | | | | 3,237,948 | 3,341,358 |
| | | | | | | | | | |
| Technical Assistan | 15,000,000 | | | | | | | 15,000,000 | 0 |

NOTE: The minimum total amount that a State must pass on to LEAs (excluding funds in a risk pool) is the amount in Column A less the amount in Column C and less the amount in either Column D, E, F, or G.

10 Percent of the amount ACTUALLY set aside from Column D or F must be used for a risk pool.

## TABLE II

**New York**

**ADMINISTRATION - Amount Set Aside** ☐ $13,865,389

For the purpose of administering IDEA Part B including Preschool Grants under 20 U.S.C. 1419, a High Cost Fund, and the coordination of activities under Part B with, and providing technical assistance to, other programs that provide services to children with disabilities. (Note: These funds may be used for Administering but not Financing a High Cost Fund)

a. ☐ $13,865,389

For the administration of Part C of IDEA, if the SEA is the Lead Agency for the State under Part C.

b. ☐ $0

You may set aside a portion of your Administration funds resulting from inflation for the following 4 Other State-Level Activities. Additional funds for these purposes may also be set aside under Other State-Level Activities.

For support and direct services, including technical assistance, personnel preparation, and professional development and training.

c. ☐ $0

To assist local educational agencies in providing positive behavioral interventions and supports and appropriate mental health services for children with disabilities.

d. ☐ $0

To assist local educational agencies in meeting personnel shortages.

e. ☐ $0

To support capacity building activities and improve the delivery of services by local educational agencies to improve results for children with disabilities.

f. ☐ $0

If you receive a Preschool Grant under 20 U.S.C. 1419, you may use Administration funds, along with other funds, to develop and implement a State policy jointly with the lead agency under Part C and the SEA to provide early intervention services (which must include an educational component that promotes school readiness and incorporates preliteracy, language, and numeracy skills) in accordance with Part C to children with disabilities who are eligible for services under the Preschool Grant program and who previously received services under Part C until such children enter, or are eligible under State law to enter, kindergarten, or elementary school as appropriate.

g. ☐ $0

**OTHER STATE-LEVEL ACTIVITIES - Amount Set Aside** ☐ $63,803,076

**Required Activities:**

For monitoring, enforcement, and complaint investigation. (You must use at least $1 for this purpose)

h. ☐ $7,655,345

To establish and implement the mediation process required by 20 U.S.C. 1415(e), including providing for the cost of mediators and support personnel. (You must use at least $1 for this purpose)

i. ☐ $360,000

**Optional Authorized Activities:**

For support and direct services, including technical assistance, personnel preparation, and professional development and training

j. ☐ $33,624,486

To assist local educational agencies in providing positive behavioral interventions and supports and appropriate mental health services for children with disabilities.

k. ☐ $4,307,310

To assist local educational agencies in meeting personnel shortages.

l. ☐ $2,352,000

To support capacity building activities and improve the delivery of services by local educational agencies to improve results for children with disabilities.

m. ☐ $5,151,150

To support paperwork reduction activities, including expanding the use of technology in the IEP process.

n. ☐ $0

To improve the use of technology in the classroom by children with disabilities to enhance learning.

o. ☐ $260,000

To support the use of technology, including technology with universal design principles and assistive technology devices, to maximize accessibility to the general education curriculum for children with disabilities.

p. ☐ $500,000

Development and implementation of transition programs, including coordination of services with agencies involved in supporting the transition of children with disabilities to postsecondary activities.

q. ☐ $130,000

Alternative programming for children with disabilities who have been expelled from school, and services for children with disabilities in correctional facilities, children enrolled in State-operated or State-supported schools, and children with disabilities in charter schools.

r. ☐ $233,362

To support the development and provision of appropriate accommodations for children with disabilities, or the development and provision of alternate assessments that are valid and reliable for assessing the performance of children with disabilities, in accordance with Sections 1111(b) and 6111 of the Elementary and Secondary Education Act of 1965.

s. ☐ $3,634,423

To provide technical assistance to schools and LEAs, and direct services, including supplemental educational services as defined in Section 1116(e) of the Elementary and Secondary Education Act of 1965 to children with disabilities, in schools or local educational agencies identified for improvement under Section 1116 of the Elementary and Secondary Education Act of 1965 on the sole basis of the assessment results of the disaggregated subgroup of children with disabilities, including providing professional development to special and regular education teachers, who teach children with disabilities, based on scientifically based research to improve educational instruction, in order to improve academic achievement to meet or exceed the objectives established by the State under Section 1111(b)(2)(G) of the Elementary and Secondary Education Act of 1965.

t. ☐ $5,595,000

To establish and make disbursements from the high cost fund to local educational agencies in accordance with 20 U.S.C. 1411(e)(3) during the first and succeeding fiscal years of the high cost fund.

u. ☐ $0

To support innovative and effective ways of cost sharing by the State, by an LEA, or among a consortium of LEAs, as determined by the State in coordination with representatives from LEAs, subject to 20 U.S.C.



**U.S. Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

| | | | |
|---|---|---|---|
| **1** | RECIPIENT NAME:<br>NY STATE EDUCATION DEPARTMENT<br>111 EDUCATION BUILDING<br>89 WASHINGTON AVENUE<br>ALBANY, NY 12234 | **5** | AWARD INFORMATION<br>PR/AWARD NUMBER  H027A070104<br>ACTION NUMBER  01<br>ACTION TYPE  New<br>AWARD TYPE  Formula |
| **2** | PROJECT DESCRIPTION<br>84.027A<br>STATE GRANTS | **6** | AWARD PERIODS<br>BUDGET PERIOD  07/01/2007 - 09/30/2008<br>FEDERAL FUNDING PERIOD  07/01/2007 - 09/30/2008 |
| **3** | EDUCATION STAFF<br><br>RECIPIENT STATE DIRECTOR<br>  REBECCA CORT    (518) 474 - 2714<br>EDUCATION PROGRAM CONTACT<br>  Ruth E. Ryder    (202) 245 - 7629<br>EDUCATION PAYMENT CONTACT<br>  GAPS PAYEE HOTLINE  (888) 336 - 8930 | **7** | AUTHORIZED FUNDING<br>  CURRENT AWARD AMOUNT  $350,252,790.00<br>  PREVIOUS CUMULATIVE AMOUNT  $0.00<br>  CUMULATIVE AMOUNT  $350,252,790.00 |
| **4** | KEY PERSONNEL<br>N/A | **8** | ADMINISTRATIVE INFORMATION<br>  DUNS/SSN  806782173<br>  REGULATIONS  CFR PART 300<br>    EDGAR AS APPLICABLE<br>  ATTACHMENTS  F |

**9** LEGISLATIVE AND FISCAL DATA
AUTHORITY: PL 108-446 INDIVIDUALS WITH DISABILITIES EDUCATION ACT
PROGRAM TITLE: SPECIAL EDUCATION - GRANTS TO STATES

CFDA/SUBPROGRAM NO: 84.027A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 0300M | 2007 | 2007 | EH000000 | B | K90 | 000 | 027 | 4101A | 350,252,790.00 |

Ver. 1
ED-GAPS001 (01/98)



**U.S. Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

**10**

PR/AWARD NUMBER: H027A070104

RECIPIENT NAME: NY STATE EDUCATION DEPARTMENT

TERMS AND CONDITIONS

(1)   WHEN ISSUING STATEMENTS, PRESS RELEASES, REQUESTS FOR PROPOSALS, BID
SOLICITATIONS, AND OTHER DOCUMENTS DESCRIBING THIS PROJECT OR
PROGRAMS FUNDED IN WHOLE OR IN PART WITH FEDERAL MONEY, ALL
GRANTEES RECEIVING FEDERAL FUNDS, INCLUDING BUT NOT LIMITED TO STATE
AND LOCAL GOVERNMENTS, SHALL STATE CLEARLY:

    1) THE DOLLAR AMOUNT OF FEDERAL FUNDS FOR THE PROJECT,
    2) THE PERCENTAGE OF THE TOTAL COST OF THE PROJECT THAT WILL BE
       FINANCED WITH FEDERAL FUNDS, AND
    3) THE PERCENTAGE AND DOLLAR AMOUNT OF THE TOTAL COST OF THE
       PROJECT THAT WILL BE FINANCED BY NON-GOVERNMENTAL SOURCES.

AS OF 07/01/97, FEDERAL FISCAL YEAR (FFY) WILL REFER TO THE YEAR THE
FUNDS WERE APPROPRIATED.

(2)   UNDER THE "TYDINGS AMENDMENT," SECTION 421(b) OF THE GENERAL
EDUCATION PROVISIONS ACT, 20 U.S.C. 1225(b), ANY FUNDS THAT ARE NOT
OBLIGATED AT THE END OF THE FEDERAL FUNDING PERIOD SPECIFIED IN
BLOCK 6 SHALL REMAIN AVAILABLE FOR OBLIGATION FOR AN ADDITIONAL
PERIOD OF 12 MONTHS.

*Patricia J. Sual*                    7/1/07

**AUTHORIZING OFFICIAL**                    **DATE**

Ver. 1
ED-GAPS001 (01/98)

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**Discretionary, Formula, and Block Grants**     (See Block 5 of the Notification)

RECIPIENT NAME - The legal name of the recipient, name of the primary organizational unit that will undertake the funded activity, and the complete address of the recipient. The recipient is commonly known as the "grantee."

PROJECT TITLE AND CFDA NUMBER - Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

PROJECT STAFF - This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

    *RECIPIENT PROJECT DIRECTOR   - The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

    EDUCATION PROGRAM CONTACT   - The U.S. Department of Education staff person responsible for the programmatic, administrative and business management concerns of the Department.

    EDUCATION PAYMENT CONTACT   - The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

KEY PERSONNEL    - Name, title and percentage (%) of effort the key personnel identified devotes to the project.

AWARD INFORMATION    - Unique items of information that identify this notification.

    PR/AWARD NUMBER - A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number."

    ACTION NUMBER    - A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

    ACTION TYPE - The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

    AWARD TYPE - The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK.

AWARD PERIODS   - Project activities and funding are approved with respect to three different time periods, described below:

    BUDGET PERIOD - A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

    PERFORMANCE PERIOD - The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

    *FUTURE BUDGET PERIODS - The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the
Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

AUTHORIZED FUNDING - The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

    *THIS ACTION    - The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

    *BUDGET PERIOD   - The total amount of funds available for use by the grantee during the stated budget period to this date.

    *PERFORMANCE PERIOD   - The amount of funds obligated from the start date of the first budget period to this date.

    RECIPIENT COST-SHARE   - The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

    RECIPIENT NON-FEDERAL AMOUNT - The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

ADMINISTRATIVE INFORMATION - This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

    DUNS/SSN    - A unique, identifying number assigned to each recipient for payment purposes. The number is based on either the recipient's assigned number from Dun and Bradstreet or the individual's social security number.

    *REGULATIONS - The parts of the Education Department General Administrative Regulations (EDGAR) and specific program regulations that govern the award and administration of this grant.

    *ATTACHMENTS - Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

LEGISLATIVE AND FISCAL DATA - The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

    FUND CODE, FUNDING YEAR, AWARD YEAR, ORG. CODE, PROJECT CODE, OBJECT CLASS
    - The fiscal information recorded by the U.S. Department of Education's Grant Administration and Payment System to track obligations by award.

    AMOUNT - The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

TERMS AND CONDITIONS OF AWARD   - Requirements of the award that are binding on the recipient.

    *AUTHORIZING OFFICIAL   - The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award.

FOR FORMULA AND BLOCK GRANTS ONLY:

(See also Blocks 1, 2, 5, 6, 8, 9 and 10 above)

EDUCATION STAFF    - The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

AUTHORIZED FUNDING
    CURRENT AWARD AMOUNT    - The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.
    PREVIOUS CUMULATIVE AMOUNT   - The total amount of funds awarded under the grant before this action.
    CUMULATIVE AMOUNT    - The total amount of funds awarded under the grant, this action included.

--------------------
* This item differs or does not appear on formula and block grants.

## Enclosure C

## IDEA Preschool Grants Program
## (Part B, Section 619)

### Explanation of the FFY 2007 Allocation Table
### (Table III)

Column A includes your total grant award for Federal Fiscal Year (FFY) 2007. In general, grants are calculated as follows: States are first provided an amount equal to the amount they received in FFY 1997. Of the funds in excess of the FFY 1997 level, 85% are allocated to the States on the basis of their relative population of children aged 3 through 5 and 15% on the relative population of children in this age range who are living in poverty. The statute also contains a number of floors and ceilings below and above which a State's allocation may not fall.

For fiscal year 2007, the final appropriation for the Preschool Grants program represents a small decrease below the amount for fiscal year 2006. Section 619(c)(3) of the Individuals with Disabilities Education Act specifies how funds are allocated under this program when the amount appropriated is less than for the prior fiscal year. At this level of decrease, the IDEA requires that each State first be allocated the amount it received for fiscal year 1997. The remaining funds are allocated based on the relative amount of the increase in funding that the State received between FFYs 1997 and 2006, as compared to the total of such increases for all States. The total State awards are shown in Column A.

Within the State allocation, the LEA base allocations (Column D) are the same as the amounts for FFY 2006. However, the population/poverty (Column E) and minimum flow through to LEAs (Column F) amounts are reduced slightly, reflecting the decrease in the appropriation for FFY 2007.

Column B indicates the maximum State set-aside (including funds for administration) and Column C indicates the maximum portion of the State set-aside amount that may be used for administration. State set-aside amounts are limited to the maximum amount that a State could set aside in the prior Federal fiscal year, plus an adjustment based on the lesser of the rate of inflation or the percentage increase in the SEA's allocation over the preceding Federal fiscal year. Since there was no percentage increase in the SEA's allocation over the preceding Federal fiscal year, the maximum amount available for the State set-aside is the same as the amount available for this purpose in FFY 2006, and the maximum amount available for administration is the same as the amount available for this purpose in FFY 2006. Administration funds may be used to administer this program or, at the State's discretion, for the administration of the Part C, Grants for Infants and Families program.

SEAs may use State set-aside funds for administration (limited to no more than 20% of the total allowable set-aside amount), and for: (1) support services (including establishing and implementing the mediation process required under 34 CFR §300.506), which may benefit children with disabilities younger than 3 or older than 5, as long as those services also benefit children with disabilities aged 3 through 5; (2) direct services for children with disabilities who are eligible for services under section 619; (3) activities at the State and local levels to meet the performance goals established by the State in their State Part B application; (4) supplementing other funds used to develop and implement a statewide coordinated services system designed to

Page 1

improve results for children and families, including children with disabilities and their families (up to 1 percent of the amount received under this program); to provide early intervention services (which shall include an educational component that promotes school readiness and incorporates preliteracy, language, and numeracy skills) in accordance with Part C to children with disabilities who are eligible for services under section 619 and who previously received services under Part C until such children enter, or are eligible under State law to enter, kindergarten; or (6) at the State's discretion, to continue service coordination or case management for families who receive services under Part C.

**TABLE III**

### FISCAL YEAR 2007 ALLOCATIONS
### PRESCHOOL GRANTS
### INDIVIDUALS WITH DISABILITIES EDUCATION ACT - PART B, SECTION 619

| | FY 2007 Allocations Estimates | Maximum State Set-Aside | Maximum Set-Aside for Administration | Base Payment for LEAs (1997 Flow-Through) | Allocation to LEAs Based on Population/Poverty Factors | Minimum Flow Through to LEAs |
|---|---|---|---|---|---|---|
| | $380,751,000 | $94,318,102 | $18,863,620 | $270,038,253 | $16,394,645 | $286,432,898 |
| ALABAMA | 5,599,786 | 1,390,115 | 278,023 | 3,981,010 | 228,661 | 4,209,671 |
| ALASKA | 1,263,865 | 313,153 | 62,631 | 896,807 | 53,905 | 950,712 |
| ARIZONA | 5,378,592 | 1,313,568 | 262,714 | 3,756,686 | 308,338 | 4,065,024 |
| ARKANSAS | 5,362,909 | 1,336,368 | 267,274 | 3,827,091 | 199,450 | 4,026,541 |
| CALIFORNIA | 38,677,082 | 9,447,488 | 1,889,498 | 27,055,716 | 2,173,878 | 29,229,594 |
| COLORADO | 4,955,794 | 1,228,875 | 245,775 | 3,519,254 | 207,665 | 3,726,919 |
| CONNECTICUT | 4,903,638 | 1,221,924 | 244,385 | 3,499,346 | 182,368 | 3,681,714 |
| DELAWARE | 1,257,388 | 311,457 | 62,291 | 891,952 | 53,979 | 945,931 |
| FLORIDA | 18,482,472 | 4,585,902 | 917,180 | 13,133,108 | 763,462 | 13,896,570 |
| GEORGIA | 9,821,014 | 2,422,485 | 484,497 | 6,937,513 | 461,016 | 7,398,529 |
| HAWAII | 1,002,741 | 243,789 | 48,758 | 695,791 | 63,161 | 758,952 |
| IDAHO | 2,186,122 | 544,754 | 108,951 | 1,560,066 | 81,302 | 1,641,368 |
| ILLINOIS | 17,650,452 | 4,393,467 | 878,693 | 12,582,011 | 674,974 | 13,256,985 |
| INDIANA | 8,896,223 | 2,216,825 | 443,365 | 6,348,542 | 330,856 | 6,679,398 |
| IOWA | 3,990,542 | 994,392 | 198,878 | 2,847,740 | 148,410 | 2,996,150 |
| KANSAS | 4,332,784 | 1,079,674 | 215,935 | 3,091,971 | 161,139 | 3,253,110 |
| KENTUCKY | 10,210,755 | 2,544,390 | 508,878 | 7,286,622 | 379,743 | 7,666,365 |
| LOUISIANA | 6,479,599 | 1,609,847 | 321,969 | 4,610,280 | 259,472 | 4,869,752 |
| MAINE | 2,512,715 | 626,136 | 125,227 | 1,793,129 | 93,450 | 1,886,579 |
| MARYLAND | 6,673,966 | 1,659,864 | 331,973 | 4,753,517 | 260,585 | 5,014,102 |
| MASSACHUSETTS | 9,889,605 | 2,464,363 | 492,873 | 7,057,443 | 367,799 | 7,425,242 |
| MICHIGAN | 12,563,791 | 3,120,679 | 624,136 | 8,937,000 | 506,112 | 9,443,112 |
| MINNESOTA | 7,426,561 | 1,850,603 | 370,121 | 5,299,759 | 276,199 | 5,575,958 |
| MISSISSIPPI | 4,227,759 | 1,052,408 | 210,482 | 3,013,885 | 161,466 | 3,175,351 |
| MISSOURI | 6,013,301 | 1,482,517 | 296,503 | 4,245,633 | 285,151 | 4,530,784 |
| MONTANA | 1,184,869 | 292,482 | 58,496 | 837,596 | 54,790 | 892,386 |
| NEBRASKA | 2,256,430 | 561,370 | 112,274 | 1,607,650 | 87,410 | 1,695,060 |
| NEVADA | 2,249,894 | 554,695 | 110,939 | 1,583,373 | 111,826 | 1,695,199 |
| NEW.HAMPSHIRE | 1,557,434 | 388,093 | 77,619 | 1,111,420 | 57,921 | 1,169,341 |
| NEW.JERSEY | 11,374,918 | 2,834,484 | 566,897 | 8,117,395 | 423,039 | 8,540,434 |
| NEW.MEXICO | 3,186,991 | 794,157 | 158,831 | 2,274,308 | 118,526 | 2,392,834 |
| NEW.YORK | 33,742,306 | 8,407,828 | 1,681,566 | 24,078,334 | 1,256,144 | 25,334,478 |
| NORTH.CAROLINA | 11,309,600 | 2,818,207 | 563,641 | 8,070,782 | 420,611 | 8,491,393 |
| NORTH.DAKOTA | 816,499 | 199,129 | 39,826 | 561,294 | 56,076 | 617,370 |
| OHIO | 12,552,372 | 3,099,146 | 619,829 | 8,875,335 | 577,891 | 9,453,226 |
| OKLAHOMA | 3,655,256 | 896,225 | 179,245 | 2,566,608 | 192,423 | 2,759,031 |
| OREGON | 3,863,596 | 955,296 | 191,059 | 2,735,579 | 172,721 | 2,908,300 |
| PENNSYLVANIA | 13,977,053 | 3,474,862 | 694,972 | 9,951,311 | 550,880 | 10,502,191 |
| RHODE.ISLAND | 1,671,061 | 416,407 | 83,281 | 1,192,506 | 62,148 | 1,254,654 |
| SOUTH.CAROLINA | 7,138,751 | 1,778,885 | 355,777 | 5,094,371 | 265,495 | 5,359,866 |
| SOUTH.DAKOTA | 1,464,899 | 365,034 | 73,007 | 1,045,385 | 54,480 | 1,099,865 |
| TENNESSEE | 6,889,672 | 1,711,067 | 342,213 | 4,900,152 | 278,453 | 5,178,605 |
| TEXAS | 22,953,696 | 5,591,325 | 1,118,265 | 16,012,434 | 1,349,937 | 17,362,371 |
| UTAH | 3,564,264 | 884,525 | 176,905 | 2,533,105 | 146,634 | 2,679,739 |
| VERMONT | 866,996 | 211,051 | 42,210 | 599,167 | 56,778 | 655,945 |
| VIRGINIA | 9,125,516 | 2,273,962 | 454,792 | 6,512,172 | 339,382 | 6,851,554 |
| WASHINGTON | 8,166,835 | 2,035,071 | 407,014 | 5,828,035 | 303,729 | 6,131,764 |
| WEST.VIRGINIA | 3,482,965 | 867,910 | 173,582 | 2,485,521 | 129,534 | 2,615,055 |
| WISCONSIN | 9,469,800 | 2,359,753 | 471,951 | 6,757,860 | 352,187 | 7,110,047 |
| WYOMING | 1,059,920 | 259,767 | 51,953 | 743,860 | 56,293 | 800,153 |
| DISTRICT.OF.COLUMBIA | 247,636 | 60,605 | 12,121 | 168,485 | 18,546 | 187,031 |
| PUERTO.RICO | 3,162,316 | 771,723 | 154,345 | 2,172,343 | 218,250 | 2,390,593 |
| US Total | | 94,318,102 | 18,863,620 | 270,038,253 | 16,394,645 | 286,432,898 |

Note: These funds are provided through P.L. 110-5, Revised Continuing Appropriations Resolution, 2007.

Note: The allocations exclude the Outlying Areas, which have not received awards under this program since FY 1997.



**U.S. Department of Education**
Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME:<br>NY STATE EDUCATION DEPARTMENT<br>111 EDUCATION BUILDING<br>89 WASHINGTON AVENUE<br>ALBANY, NY 12234 | **5** AWARD INFORMATION<br>PR/AWARD NUMBER  H173A070110<br>ACTION NUMBER  01<br>ACTION TYPE  New<br>AWARD TYPE  Formula |
|---|---|
| **2** PROJECT DESCRIPTION<br>84.173A<br>PART B | **6** AWARD PERIODS<br>BUDGET PERIOD  07/01/2007 - 09/30/2008<br>FEDERAL FUNDING PERIOD  07/01/2007 - 09/30/2008 |
| **3** EDUCATION STAFF<br><br>RECIPIENT STATE DIRECTOR<br>REBECCA CORT          (518) 474 - 2714 | |
| EDUCATION PROGRAM CONTACT<br>Ruth E. Ryder          (202) 245 - 7629<br>EDUCATION PAYMENT CONTACT<br>GAPS PAYEE HOTLINE      (888) 336 - 8930 | **7** AUTHORIZED FUNDING<br>CURRENT AWARD AMOUNT          $33,742,306.00<br>PREVIOUS CUMULATIVE AMOUNT          $0.00<br>CUMULATIVE AMOUNT          $33,742,306.00 |
| **4** KEY PERSONNEL<br><br>N/A | **8** ADMINISTRATIVE INFORMATION<br>DUNS/SSN  806782173<br>REGULATIONS  CFR PART 300<br>EDGAR AS APPLICABLE<br>ATTACHMENTS  F |

**9** LEGISLATIVE AND FISCAL DATA
AUTHORITY: PL 108-446 INDIVIDUALS WITH DISABILITIES EDUCATION ACT
PROGRAM TITLE: SPECIAL EDUCATION - PRESCHOOL GRANTS

CFDA/SUBPROGRAM NO: 84.173A

| FUND<br>CODE | FUNDING<br>YEAR | AWARD<br>YEAR | ORG.<br>CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT<br>CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 0300M | 2007 | 2007 | EH000000 | B | K92 | 000 | 173 | 4101A | $33,742,306.00 |

er. 1
D-GAPS001 (01/98)



**U.S. Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

PR/AWARD NUMBER:   H173A070110

RECIPIENT NAME:   NY STATE EDUCATION DEPARTMENT

TERMS AND CONDITIONS

(1)   WHEN ISSUING STATEMENTS, PRESS RELEASES, REQUESTS FOR PROPOSALS, BID
SOLICITATIONS, AND OTHER DOCUMENTS DESCRIBING THIS PROJECT OR
PROGRAMS FUNDED IN WHOLE OR IN PART WITH FEDERAL MONEY, ALL
GRANTEES RECEIVING FEDERAL FUNDS, INCLUDING BUT NOT LIMITED TO STATE
AND LOCAL GOVERNMENTS, SHALL STATE CLEARLY:

1) THE DOLLAR AMOUNT OF FEDERAL FUNDS FOR THE PROJECT,
2) THE PERCENTAGE OF THE TOTAL COST OF THE PROJECT THAT WILL BE
FINANCED WITH FEDERAL FUNDS, AND
3) THE PERCENTAGE AND DOLLAR AMOUNT OF THE TOTAL COST OF THE
PROJECT THAT WILL BE FINANCED BY NON-GOVERNMENTAL SOURCES.

AS OF 07/01/97, FEDERAL FISCAL YEAR (FFY) WILL REFER TO THE YEAR THE
FUNDS WERE APPROPRIATED.

(2)   UNDER THE "TYDINGS AMENDMENT," SECTION 421(b) OF THE GENERAL
EDUCATION PROVISIONS ACT, 20 U.S.C. 1225(b), ANY FUNDS THAT ARE NOT
OBLIGATED AT THE END OF THE FEDERAL FUNDING PERIOD SPECIFIED IN
BLOCK 6 SHALL REMAIN AVAILABLE FOR OBLIGATION FOR AN ADDITIONAL
PERIOD OF 12 MONTHS.

*Patricia J. Beard*    7/1/07

**AUTHORIZING OFFICIAL**    **DATE**

Ver. 1
ED-GAPS001 (01/98)

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

iscretionary, Formula, and Block Grants     (See Block 5 of the Notification)

:CIPIENT NAME - The legal name of the recipient, name of the primary organizational unit that will undertake the funded activity, and the complete address of the recipient. The recipient is commonly known as the "grantee."

:OJECT TITLE AND CFDA NUMBER - Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

:OJECT STAFF - This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

    **\*RECIPIENT PROJECT DIRECTOR**    - The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

    **EDUCATION PROGRAM CONTACT**    - The U.S. Department of Education staff person responsible for the programmatic, administrative and business-management concerns of the Department.

    **EDUCATION PAYMENT CONTACT**    - The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

EY PERSONNEL     - Name, title and percentage (%) of effort the key personnel identified devotes to the project.

WARD INFORMATION     - Unique items of information that identify this notification.

    PR/AWARD NUMBER - A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number."

    ACTION NUMBER     - A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

    ACTION TYPE - The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

    AWARD TYPE - The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK.

WARD PERIODS - Project activities and funding are approved with respect to three different time periods, described below:

    BUDGET PERIOD - A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

    PERFORMANCE PERIOD - The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

    **\*FUTURE BUDGET PERIODS** - The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the
Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

.UTHORIZED FUNDING - The dollar figures in this block refer to the *Federal* funds provided to a recipient during the award periods.

    **\*THIS ACTION**     - The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

    **\*BUDGET PERIOD**    - The total amount of funds available for use by the grantee during the stated budget period to this date.

    **\*PERFORMANCE PERIOD** - The amount of funds obligated from the start date of the first budget period to this date.

    RECIPIENT COST-SHARE - The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

    RECIPIENT NON-FEDERAL AMOUNT - The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

.DMINISTRATIVE INFORMATION - This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

    DUNS/SSN     - A unique, identifying number assigned to each recipient for payment purposes. The number is based on either the recipient's assigned number from Dun and Bradstreet or the individual's social security number.

    **\*REGULATIONS** - The parts of the Education Department General Administrative Regulations (EDGAR) and specific program regulations that govern the award and administration of this grant.

    **\*ATTACHMENTS** - Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

.EGISLATIVE AND FISCAL DATA - The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

    FUND CODE, FUNDING YEAR, AWARD YEAR, ORG. CODE, PROJECT CODE, OBJECT CLASS
    - The fiscal information recorded by the U.S. Department of Education's Grant Administration and Payment System to track obligations by award.

    AMOUNT - The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

TERMS AND CONDITIONS OF AWARD - Requirements of the award that are binding on the recipient.

    **\*AUTHORIZING OFFICIAL** - The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award.

R FORMULA AND BLOCK GRANTS ONLY:

: also Blocks 1, 2, 5, 6, 8, 9 and 10 above)

EDUCATION STAFF     - The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

AUTHORIZED FUNDING
    CURRENT AWARD AMOUNT     - The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.
    PREVIOUS CUMULATIVE AMOUNT    - The total amount of funds awarded under the grant before this action.
    CUMULATIVE AMOUNT     - The total amount of funds awarded under the grant, this action included.

------------------
' This item differs or does not appear on formula and block grants.



**THE STATE EDUCATION DEPARTMENT** / THE UNIVERSITY OF THE STATE OF NEW YORK / ALBANY, NY 12234

DEPUTY COMMISSIONER FOR OPERATIONS
 AND MANAGEMENT SERVICES
Tel. (518) 474-2547
Fax (518) 473-2827
E-mail: tsavo@mail.nysed.gov

May 3, 2007

United States Department of Education
ATTN: Janet Scire, Mail Stop 2600
7100 Old Landover Road
Landover, MD 20785-1506

Dear Ms. Scire:

Enclosed is the New York State Education Department's (NYSED) Annual State Application Under Part B of the Individuals with Disabilities Education Act (IDEA) for Federal Fiscal Year 2007. This application was posted on the NYSED website for review by the general public for 60 days beginning on February 16, 2007. Comments were accepted for at least 30 days until April 3, 2007. In addition, the Department conducted public meetings in May 2006 and April 2007 on proposed changes to State law and regulations to implement the requirements of IDEA Part B. These meetings provided interested parties an opportunity to participate pursuant to the public hearing and related requirements at 34 CFR §§300.165 (for Part B) and §441(b)(7) of GEPA (20 USC 1232(b)(7)(B).

If you have any questions regarding this submission, please contact Deputy Commissioner Rebecca H. Cort at (518) 474-2714.

Sincerely,

*Theresa E. Savo*

Theresa E. Savo

Enclosure

c:    Rebecca H. Cort
      James P. DeLorenzo
      Patricia J. Geary
      Lois Taylor
      Michael Slade

**OMB NO. 1820-0030**
**Expires: 08/31/2009**

# NYS Education Department

**ANNUAL STATE APPLICATION UNDER PART B OF THE**
**INDIVIDUALS WITH DISABILITIES EDUCATION ACT AS AMENDED IN 2004**
**FOR FEDERAL FISCAL YEAR 2007**

**CFDA No. 84.027A and 84.173A**

**ED FORM No. 9055**

**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE OF SPECIAL EDUCATION PROGRAMS**
**Washington, DC 20202-2600**

**Section I**

### A. Submission Statement for Part B of IDEA

Please select 1 or 2 below. Check 3 if appropriate.

\_\_\_\_\_ 1. The State provides assurances that it has in effect policies and procedures to meet all eligibility requirements of Part B of the Act as found in PL 108-446, the Individuals with Disabilities Education Act and applicable regulations (IDEA). The State is able to meet all assurances found in Section II.A of this Application.

\_X\_ 2. The State cannot provide assurances for all eligibility requirements of Part B of the Act as found in PL 108-446. The State has determined that it is unable to make the assurances that are checked as 'No' in Section II.A. However, the State assures that throughout the period of this grant award the State will operate consistent with all requirements of IDEA in PL 108-446 and applicable regulations. The State will make such changes to existing policies and procedures as are necessary to bring those policies and procedures into compliance with the requirements of the IDEA, as amended, as soon as possible, and not later than June 30, 2008 The State has included the date by which it expects to complete necessary changes associated with assurances marked 'No'. (Refer to Assurances found in Section II.A.)

Optional:

\_X\_ 3. The State is submitting modifications to State policies and procedures previously submitted to the Department. These modifications are: (1) deemed necessary by the State, for example when the State revises applicable State law or regulations; (2) required by the Secretary because there is a new interpretation of the Act or regulations by a Federal court or the State's highest court; and/or (3) because of an official finding of noncompliance with Federal law or regulations.

Amendment to section 19.5 of the Rules of the Board of Regents and amendments to sections 200.1, 200.4 and 200.7 and addition of a new section 200.22 of the Regulations of the Commissioner of Education, relating to behavioral interventions - Effective on an emergency basis on 1/16/07 and on a permanent basis on 1/31/07
See: *http://www.vesid.nysed.gov/specialed/behavioral/proposedterms1106.htm*

### B. Conditional Approval for Current Grant Year

**If the State received conditional approval for the current grant year, check the appropriate statement(s) below:**

**1. Conditional Approval Related to Assurances in Section II.A:**

\_\_\_\_\_ a. Section II.A provides documentation of completion of all issues identified in the FFY 2006 conditional approval letter.

\_X\_ b. As noted in Section II.A, the State has not completed all issues identified in the FFY 2006 conditional approval letter.

2. **Conditional Approval Related to Other Issues:**

\_\_\_\_\_ a. The State previously submitted documentation of completion of all issues identified in the FFY 2006 conditional approval letter.

\_\_\_\_\_ b. The State is attaching documentation of completion of all issues identified in the FFY 2006 conditional approval letter. *(Attach documentation showing completion of all issues.)*

\_\_\_\_\_ c. The State has not completed all issues identified in the FFY 2006 conditional approval letter. *(Attach documentation showing completion of any issues and a list of items not yet completed.)*

## Section II

### A. Assurances Related to Policies and Procedures

The State makes the following assurances that it has policies and procedures in place as required by Part B of the Individuals with Disabilities Education Act. (20 U.S.C. 1411-1419; 34 CFR §§300.100-300.174)

| Check and enter date(s) as applicable | | Assurances Related to Policies and Procedures |
|---|---|---|
| **Yes** (Assurance is given.) | **No** (Assurance cannot be given. Provide date on which State will complete changes in order to provide assurance.) | |
| X | | 1.   A free appropriate public education is available to all children with disabilities residing in the State between the ages of 3 and 21, inclusive, including children with disabilities who have been suspended or expelled, in accordance with 20 U.S.C. 1412(a)(1); 34 CFR §§300.101-300.108. |
| X | | 2.   The State has established a goal of providing a full educational opportunity to all children with disabilities and a detailed timetable for accomplishing that goal. (20 U.S.C. 1412(a)(2); 34 CFR §§300.109-300.110) |
| | 6/30/07* | 3.   All children with disabilities residing in the State, including children with disabilities who are homeless or are wards of the State and children with disabilities attending private schools, regardless of the severity of their disabilities, and who are in need of special education and related services, are identified, located, and evaluated and a practical method is developed and implemented to determine which children with disabilities are currently receiving needed special education and related services in accordance with 20 U.S.C. 1412(a)(3); 34 CFR §300.111. |
| | 6/30/07* | 4.   An individualized education program, or an individualized family service plan that meets the requirements of section 636(d), is developed, reviewed, and revised for each child with a disability in accordance with 34 CFR §§300.320 through 300.325. (20 U.S.C. 1412(a)(4); 34 CFR §300.112) |
| X | | 5.   To the maximum extent appropriate, children with disabilities, including children in public or private institutions or other care facilities, are educated with children who are not disabled, and special classes, separate schooling, or other removal of children with disabilities from the regular educational environment occurs only when the nature or severity of the disability of a child is such that education in regular classes with the use of supplementary aids and services cannot be achieved satisfactorily in accordance with 20 U.S.C. 1412(a)(5)(A)-(B); 34 CFR |

New York
State

| Check and enter date(s) as applicable | | Assurances Related to Policies and Procedures |
|---|---|---|
| **Yes**<br>(Assurance is given.) | **No**<br>(Assurance cannot be given. Provide date on which State will complete changes in order to provide assurance.) | |
| | | §§300.114-300.120. |
| | 6/30/07* | 6. Children with disabilities and their parents are afforded the procedural safeguards required by 34 CFR §§300.500 through 300.536 and in accordance with 20 U.S.C. 1412(a)(6); 34 CFR §300.121. |
| | 6/30/07* | 7. Children with disabilities are evaluated in accordance with 34 CFR §§300.300 through 300.311. (20 U.S.C. 1412(a)(7); 34 CFR §300.122) |
| | 6/30/07* | 8. Agencies in the State comply with 34 CFR §§ 300.610 through 300.626 (relating to the confidentiality of records and information). (20 U.S.C. 1412(a)(8); 34 CFR §300.123) |
| X | | 9. Children participating in early intervention programs assisted under Part C, and who will participate in preschool programs assisted under this part, experience a smooth and effective transition to those preschool programs in a manner consistent with section 637(a)(9). By the third birthday of such a child, an individualized education program or, if consistent with 34 CFR §300.323(b) and section 636(d), an individualized family service plan, has been developed and is being implemented for the child. The local educational agency will participate in transition planning conferences arranged by the designated lead agency under section 635(a)(10). (20 U.S.C. 1412(a)(9); 34 CFR §300.124) |
| | 6/30/07* | 10. To the extent consistent with the number and location of children with disabilities in the State who are enrolled by their parents in private elementary schools and secondary schools in the school district served by a local educational agency, provision is made for the participation of those children in the program assisted or carried out under this part by providing for such children special education and related services in accordance with the requirements found in 34 CFR §§300.130 through 300.148 unless the Secretary has arranged for services to those children under subsection (f) [By pass]. (20 U.S.C. 1412(a)(10); 34 CFR §§300.129-300.148) |
| | 6/30/07* | 11. The State educational agency is responsible for ensuring that the requirements of Part B are met according to 34 CFR §300.149 and that the State monitors and enforces the requirements of Part B in accordance with 34 CFR §§300.600-300.602 and 300.606-300.608. |

| Check and enter date(s) as applicable | | Assurances Related to Policies and Procedures |
|---|---|---|
| **Yes** (Assurance is given.) | **No** (Assurance cannot be given. Provide date on which State will complete changes in order to provide assurance.) | |
| | | (20 U.S.C. 1412(a)(11); 34 CFR §300.149) |
| X | | 12. The Chief Executive Officer of a State or designee of the officer shall ensure that an interagency agreement or other mechanism for interagency coordination is in effect between each public agency described in subparagraph (b) of 34 CFR §300.154 and the State educational agency, in order to ensure that all services described in paragraph (b)(i) that are needed to ensure a free appropriate public education are provided, including the provision of such services during the pendency of any dispute under clause (iii). Such agreement or mechanism shall meet the requirements found in 20 U.S.C. 1412(a)(12)(A)-(C); 34 CFR §300.154. |
| X | | 13. The State educational agency will not make a final determination that a local educational agency is not eligible for assistance under this part without first affording that agency reasonable notice and an opportunity for a hearing. (20 U.S.C. 1412(a)(13); 34 CFR §300.155) |
| X | | 14. The State educational agency has established and maintains qualifications to ensure that personnel necessary to carry out this part are appropriately and adequately prepared and trained, including that those personnel have the content knowledge and skills to serve children with disabilities as noted in 20 U.S.C. 1412(a)(14)(A)-(E); 34 CFR §300.156. |
| X | | 15. The State has established goals for the performance of children with disabilities in the State that meet the requirements found in 20 U.S.C. 1412(a)(15)(A)-(C); 34 CFR §300.157. |
| X | | 16. All children with disabilities are included in all general State and districtwide assessment programs, including assessments described under section 1111 of the Elementary and Secondary Education Act of 1965, with appropriate accommodations and alternate assessments where necessary and as indicated in their respective individualized education programs as noted in 20 U.S.C. 1412(a)(16)(A)-(E); 34 CFR §300.160. |
| X | | 17. Funds paid to a State under this part will be expended in accordance with all the provisions of Part B including 20 U.S.C. 1412(a)(17)(A)-(C); 34 CFR §300.162. |

| Check and enter date(s) as applicable | | Assurances Related to Policies and Procedures |
|---|---|---|
| **Yes** (Assurance is given.) | **No** (Assurance cannot be given. Provide date on which State will complete changes in order to provide assurance.) | |
| X | | 18. The State will not reduce the amount of State financial support for special education and related services for children with disabilities, or otherwise made available because of the excess costs of educating those children, below the amount of that support for the preceding fiscal year in accordance with 20 U.S.C. 1412(a)(18)(A)-(D); 34 CFR §300.163. |
| X | | 19. Prior to the adoption of any policies and procedures needed to comply with this section (including any amendments to such policies and procedures), the State ensures that there are public hearings, adequate notice of the hearings, and an opportunity for comment available to the general public, including individuals with disabilities and parents of children with disabilities. (20 U.S.C. 1412(a)(19); 34 CFR §300.165) |
| X | | 20. In complying with 34 CFR §§300.162 and 300.163, a State may not use funds paid to it under this part to satisfy State-law mandated funding obligations to local educational agencies, including funding based on student attendance or enrollment, or inflation. (20 U.S.C. 1412(a)(20); 34 CFR §300.166) |
| X | | 21. The State has established and maintains an advisory panel for the purpose of providing policy guidance with respect to special education and related services for children with disabilities in the State as found in 20 U.S.C. 1412(a)(21)(A)-(D); 34 CFR §§300.167-300.169. |
| X | | 22. The State educational agency examines data, including data disaggregated by race and ethnicity, to determine if significant discrepancies are occurring in the rate of long-term suspensions and expulsions of children with disabilities in accordance with 20 U.S.C. 1412(a)(22)(A)-(B); 34 CFR §300.170. |
| X | | 23a. The State adopts the National Instructional Materials Accessibility Standard for the purposes of providing instructional materials to blind persons or other persons with print disabilities, in a timely manner after the publication of the National Instructional Materials Accessibility Standard in the Federal Register in accordance with 20 U.S.C. 1412(a)(23)(A) and (D); 34 CFR §300.172. |
| | | 23b. (Note: Check either "23b.1" or "23b.2" whichever applies. |
| X | | 23b.1 The State educational agency coordinates with the National Instructional |

| Check and enter date(s) as applicable | | Assurances Related to Policies and Procedures |
|---|---|---|
| **Yes** (Assurance is given.) | **No** (Assurance cannot be given. Provide date on which State will complete changes in order to provide assurance.) | |
| | | Materials Access Center and not later than 12/03/06 the SEA as part of any print instructional materials adoption process, procurement contract, or other practice or instrument used for purchase of print instructional materials enters into a written contract with the publisher of the print instructional materials to: |
| | | • require the publisher to prepare and, on or before delivery of the print instructional materials, provide to the National Instructional Materials Access Center, electronic files containing the contents of the print instructional materials using the National Instructional Materials Accessibility Standard; or |
| | | • purchase instructional materials from the publisher that are produced in, or may be rendered in, specialized formats. (20 U.S.C. 1412(a)(23)(C); 34 CFR §300.172) |
| | | 23b.2 The State Educational Agency has chosen not to coordinate with the National Instructional Materials Access Center but assures that it will provide instructional materials to blind persons or other persons with print disabilities in a timely manner. (20 U.S.C. 1412(a)(23)(B); 34 CFR §300.172) |
| X | | 24. The State has in effect, consistent with the purposes of the IDEA and with section 618(d) of the Act, policies and procedures designed to prevent the inappropriate over identification or disproportionate representation by race and ethnicity of children as children with disabilities, including children with disabilities with a particular impairment described in 34 CFR §300.8. (20 U.S.C 1412(a)(24); 34 CFR §300.173) |
| X | | 25. The State educational agency shall prohibit State and local educational agency personnel from requiring a child to obtain a prescription for a substance covered by the Controlled Substances Act (21 U.S.C. 812(c)) as a condition of attending school, receiving an evaluation under 34 CFR §§300.300 through 300.311, or receiving services under the IDEA as described in 20 U.S.C. 1412(a)(25)(A)-(B); 34 CFR §300.174. |

* The effective date of such rules may be delayed until July 19, 2007 because of the timelines required by the State Administrative Procedures Act and timetable for meetings of the Board of Regents.

## B. Other Assurances

The State also makes the following assurances:

| Yes | Other Assurances |
|-----|------------------|
| X | 1. The State shall distribute any funds the State does not reserve under 20 U.S.C. 1411(e) to local educational agencies (including public charter schools that operate as local educational agencies) in the State that have established their eligibility under section 613 for use in accordance with this part as provided for in 20 U.S.C. 1411(f)(1)-(3); 34 CFR §300.705. |
| X | 2. The State shall provide data to the Secretary on any information that may be required by the Secretary. (20 U.S.C. 1418(a)(3); 34 CFR §§300.640-300.645.) |
| X | 3. The State, local educational agencies, and educational service agencies shall use fiscal control and fund accounting procedures that insure proper disbursement of and accounting for Federal funds. (34 CFR §76.702) |
| X | 4. As applicable, the assurance in OMB Standard Form 424B (Assurances for Non-Construction Programs), relating to legal authority to apply for assistance; access to records; conflict of interest; merit systems; nondiscrimination; Hatch Act provisions; labor standards; flood insurance; environmental standards; wild and scenic river systems; historic preservation; protection of human subjects; animal welfare; lead-based paint; Single Audit Act; and general agreement to comply with all Federal laws, executive orders and regulations. |

## C. Certifications

The State Educational Agency is providing the following certifications:

| Yes | |
|-----|--|
| X | 1. The State certifies that ED Form 80-0013, *Certification Regarding Lobbying,* is on file with the Secretary of Education.<br><br>With respect to the *Certification Regarding Lobbying,* the State recertifies that no Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the making or renewal of Federal grants under this program; that the State shall complete and submit Standard Form-LLL, "Disclosure Form to Report Lobbying," when required (34 CFR Part 82, Appendix B); and that the State Agency shall require the full certification, as set forth in 34 CFR Part 82, Appendix A, in the award documents for all sub awards at all tiers. |
| X | 2. The State certifies that certifications in the Education Department General Administrative Regulations (EDGAR) at 34 CFR §80.11 relating to State eligibility, authority and approval to submit and carry out the provisions of its State application, and consistency of that application with State law are in place within the State. |
| X | 3. The State certifies that the arrangements to establish responsibility for services pursuant to 20 U.S.C. 1412(a)(12)(A); 34 CFR §300.154 are current. This certification must be received prior to the expenditure of any funds reserved by the State under 20 U.S.C. 1411(e)(1); 34 CFR §300.171. |

**D.  Statement**

I certify that the State of **New York** can make the assurances checked as 'yes' in Section II.A and II.B and the certifications required in Section II.C of this application.  These provisions meet the requirements of the Part B of the Individuals with Disabilities Education Act as found in PL 108-446.  The State will operate its Part B program in accordance with all of the required assurances and certifications.

If any assurances have been checked 'no', I certify that the State will operate throughout the period of this grant award consistent with the requirements of the IDEA as found in PL 108-446 and any applicable regulations, and will make such changes to existing policies and procedures as are necessary to bring those policies and procedures into compliance with the requirements of the IDEA, as amended, as soon as possible, and not later than June 30, 2008.  (34 CFR §76.104)

I, the undersigned authorized official of the

<u>New York State Education Department</u>,

*(Name of State and official name of State agency)*

am designated by the Governor of this State to submit this application for FFY 2007 funds under Part B of the Individuals with Disabilities Education Act (IDEA).

---

Printed/Typed Name and Title of Authorized Representative of the State:

Theresa E. Savo, Deputy Commissioner for Operations and Management Services

| Signature: *Theresa E. Savo* | Date: *May 3, 2007* |

---

# New York

**PROBABLE AWARD AMOUNT**                                                                 $711,691,639

## ADMINISTRATION

Maximum Available for Administration.                                    Sec. III          $13,865,389

How much do you want to set aside for Administration in dollars?                           $13,865,389 OK

You must distribute, in whole dollars, the amount you want to set aside for Administration among the following activities:

For the purpose of administering IDEA Part B including Preschool Grants under 20 U.S.C. 1419, a High Cost Fund, and the coordination of activities under Part B with, and providing technical assistance to, other programs that provide services to children with disabilities. (Note: These funds may be used for Administering but not Financing a High Cost Fund).                                                 a.   $13,865,389

For the administration of Part C of IDEA, if the SEA is the Lead Agency for the State under Part C.                                                                        b.   $0

You may set aside a portion of your Administration funds resulting from inflation for the following 4 Other State-Level Activities. Additional funds for these purposes may also be set aside under Other State-Level Activities. Based on the amount that you propose to set aside for Administration, the maximum amount of Administration funds that you may use for these 4 activities is:
**$1,154,304**

For support and direct services, including technical assistance, personnel preparation, and professional development and training.                           c.   $0

To assist local educational agencies in providing positive behavioral interventions and supports and appropriate mental health services for children with disabilities.                                                                      d.   $0

To assist local educational agencies in meeting personnel shortages.         e.   $0

To support capacity building activities and improve the delivery of services by local educational agencies to improve results for children with disabilities.   f.   $0

Subtotal, Administration funds used for Other State-Level Activities              $0      OK

If you receive a Preschool Grant under 20 U.S.C. 1419, you may use Administration funds, along with other funds, to develop and implement a State policy jointly with the lead agency under Part C and the SEA to provide early intervention services (which must include an educational component that promotes school readiness and incorporates preliteracy, language, and numeracy skills) in accordance with Part C to children with disabilities who are eligible for services under the Preschool Grant program and who previously received services under Part C until such children enter, or are eligible under State law to enter, kindergarten, or elementary school as appropriate.                            g.   $0

The total of details for your Administration set-aside is                                   $13,865,389 OK

## OTHER STATE-LEVEL ACTIVITIES

If you propose to set aside more than \$850,000 for Administration and you DO wish to use funds for a High Cost Fund, the maximum amount that you may use for Other State-Level Activities is:

Of the amount you set aside for Other State-Level Activities at least 10% must be used for the High Cost Fund.

\$70,892,307

If you propose to set aside more than \$850,000 for Administration and you DO NOT wish to use funds for a High Cost Fund, the maximum amount that you may use for Other State-Level Activities is:

\$63,803,076

If you propose to set aside \$850,000 or less for Administration and you DO wish to use funds for a High Cost Fund, the maximum amount that you may use for Other State-Level Activities is:

Of the amount you set aside for Other State-Level Activities at least 10% must be used for the High Cost Fund.

\$74,436,922

If you propose to set aside \$850,000 or less for Administration and you DO NOT wish to use funds for a High Cost Fund, the maximum amount that you may use for Other State-Level Activities is:

\$67,347,691

Do you wish to use funds for a High Cost Fund? (Yes or No)

No

Based on the amount that you intend to set aside for Administration, the size of your total award, and your decision NOT TO use set aside funds to support a High Cost Fund, the maximum that you may use for Other State-Level Activities is:

\$63,803,076

How much do you want to set aside for Other State-Level Activities?

\$63,803,076 OK

You must distribute the amount you want to set aside for Other State-Level Activities the following activities.
You can distribute amounts in any order you wish. The total balance remaining to be distributed at any time appears in red.

Leave Blank

**Required Activities:**

For monitoring, enforcement, and complaint investigation. (You must use at least \$1 for this purpose)

h. \$7,655,345

\$0 More needs to be distributed.

To establish and implement the mediation process required by 20 U.S.C. 1415(e), including providing for the cost of mediators and support personnel. (You must use at least \$1 for this purpose)

i. \$360,000

\$0 More needs to be distributed.

**Optional Authorized Activities:**

For support and direct services, including technical assistance, personnel preparation, and professional development and training

j. \$33,624,486

\$0 More needs to be distributed.

To assist local educational agencies in providing positive behavioral interventions and supports and appropriate mental health services for children with disabilities.

k. \$4,307,310

\$0 More needs to be distributed.

To assist local educational agencies in meeting personnel shortages. | **$2,352,000** | t.

To support capacity building activities and improve the delivery of services by local educational agencies to improve results for children with disabilities. | **$5,151,150** | m. | $0 More needs to be distributed.

To support paperwork reduction activities, including expanding the use of technology in the IEP process. | **$0** | n. | $0 More needs to be distributed.

To improve the use of technology in the classroom by children with disabilities to enhance learning. | **$260,000** | o. | $0 More needs to be distributed.

To support the use of technology, including technology with universal design principles and assistive technology devices, to maximize accessibility to the general education curriculum for children with disabilities. | **$500,000** | p. | $0 More needs to be distributed.

Development and implementation of transition programs, including coordination of services with agencies involved in supporting the transition of children with disabilities to postsecondary activities. | **$130,000** | q. | $0 More needs to be distributed.

Alternative programming for children with disabilities who have been expelled from school, and services for children with disabilities in correctional facilities, children enrolled in State-operated or State-supported schools, and children with disabilities in charter schools. | **$233,362** | r. | $0 More needs to be distributed.

To support the development and provision of appropriate accommodations for children with disabilities, or the development and provision of alternate assessments that are valid and reliable for assessing the performance of children with disabilities, in accordance with Sections 1111(b) and 6111 of the Elementary and Secondary Education Act of 1965. | **$3,634,423** | s. | $0 More needs to be distributed.

To provide technical assistance to schools and LEAs, and direct services, including supplemental educational services as defined in Section 1116(e) of the Elementary and Secondary Education Act of 1965 to children with disabilities, in schools or local educational agencies identified for improvement under Section 1116 of the Elementary and Secondary Education Act of 1965 on the sole basis of the assessment results of the disaggregated subgroup of children with disabilities, including providing professional development to special and regular education teachers, who teach children with disabilities, based on scientifically based research to improve educational instruction, in order to improve academic achievement to meet or exceed the objectives established by the State under Section 1111(b)(2)(G) of the Elementary and Secondary Education Act of 1965. | **$5,595,000** | t. | $0 More needs to be distributed.

The total of details for your Other State-Level Activities set-aside is | **$63,803,076 OK**

You are almost done.
If you are using money for a High Cost Fund. You must report how much you will use for each of the following two activities. You reported that you would use

To establish and make disbursements from the high cost fund to local educational agencies in accordance with 20 U.S.C. 1411(e)(3) during the first and succeeding fiscal years of the high cost fund. | **$0** | u.

To support innovative and effective ways of cost sharing by the State, by an LEA, or among a consortium of LEAs, as determined by the State in coordination with representatives from LEAs, subject to 20 U.S.C. 1411(e)(3)(B)(ii) (Amount may not be more than 5% of the amount reserved for the LEA Risk Pool.) | **$0** | v.

Establishment of High Cost Fund (20 U.S.C. 1411(e)(3)(B)(i) - A State shall
not use any of the funds the State reserves pursuant to 20 U.S.C.
1411(e)(3)(A)(i), but may use the funds the State reserves under 20 U.S.C.
1411(e)(1), to establish and support the high cost fund.

Subtotal, High Cost Fund

$0

OK